

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2014

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward **BRAVENEC**, and The Law Office of Mcknight and Bravenec,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

## O R D E R

Appellant's motion for rehearing is pending before the court. The court hereby requests a response to the motion from the appellee. *See* TEX. R. APP. P. 49.2. Any response must be filed in this court no later than two weeks from the date of this order.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court